UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
26-mj-09(PJS/DLM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEX ROMERO VENEGAS CRUZ,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DEFENDANT'S MOTION FOR DISCOVERY AND INSPECTION** |

Defendant, Alex Cruz, by and through counsel Bruce D. Nestor of De León and Nestor, LLC states as follows in support of her Motion for Discovery and Inspection:

1. The Government has provided Mr. Cruz with discovery that includes some but not all recorded statements of the federal agents involved in the arrest of Mr. Cruz, summaries of those recorded statements from post-arrest interviews by Homeland Security Investigations (HSI) of the agents, and video clips from body worn camera or cell phones of some of the federal agents involved in the arrest of Mr. Cruz. The video clips do not capture any of the conduct of Mr. Cruz alleged to have occurred prior to federal agents stopping his vehicle or of Mr. Cruz making physical contact with a vehicle driven by government agents.
2. Mr. Cruz seeks an order pursuant to Rule 16(a)(1)(E), requiring the United States to disclose the following additional materials which are within the government's possession, custody, or control, and which are material to Ms. Rank preparing her defense in this matter:

A. Complete and unedited video, audio, and photographic footage or recordings from any government officer, agent or employee that was involved in the January 7, 2026, incident involving Mr. Cruz during the time of the incident alleged in the Information;

B. Copies of all radio traffic, dispatch records, cell phone communications, license plate checks, address look-ups, and any other communications between agents and law enforcement personnel regarding this incident, whether such data is stored on a government or private device or other storage media;

C. All documents, communications, phone records, chats, emails, transmittals, and any other exchange of information between or among DHS, CBP, FPS, the U.S. Attorney's Office for the District of Minnesota, the Department of Justice, and any other law enforcement or prosecutive authorities regarding the potential or actual charging, declination, presentment, dismissal, recharging, or recharacterization of any criminal charges related to Mr. Cruz;

D. All law enforcement training records or curricula for any law enforcement officers involved in Mr. Cruz's arrest and the incident alleged in the Information.

E. All policy directives, training materials, or guidance, related to when federal immigration agents (from DHS/CBP/ERO/HIS or other agencies), should collect data on people expressing opposition to immigration enforcement, including persons alleged to have impeded or obstructed such enforcement, such as facial photos, license plate, home addresses, and the purpose of collecting such data including whether such data for persons not subject to arrest is maintained in any government databases and for what purpose.

F. For each federal agent who had contact with Mr. Cruz or were involved in his arrest, information from their personnel files related to prior allegations of misconduct, excessive use of force, or dishonesty, and a complete criminal history for each agent. This would include all disciplinary files, Internal Affairs files, adverse findings regarding credibility or fitness, any other adverse performance assessments for any of the aforementioned agents or officers.

G. Disclosure of records related to the three vehicles driven by federal agents in connection with the traffic stop and arrest of Mr. Cruz, including whether the vehicles were rented or owned by the Government; whether any of the

vehicles were equipped with police/emergency lights/sirens; photographs of any visible markings or identification of the vehicles as being operated by law enforcement; the license plate numbers on the vehicles and their state of issue, and whether the license plates on each vehicle were the plates issued by the registering State to that vehicle.

H. Disclosure of any documents, recordings, or other items related to any contact by federal agents with Mr. Cruz on any occasion prior to January 7, 2026.

## CONCLUSION

This motion is based on the indictment, records and files in the above-entitled action and any and all other matters which may be presented prior to or at the time of the hearing of said motion. Mr. Cruz asks that this matter be set for hearing, and that upon hearing, the Court order the Government to disclose the above enumerated items.

Date: March 23, 2026

S/BRUCE D. NESTOR

Bruce D. Nestor, 0318024 – MN
DE LEÓN & NESTOR, LLC
3547 Cedar Avenue South
Minneapolis, MN 55407
(612) 659-9019
(612) 436-3664 – Facsimile
nestor@denestlaw.com

ATTORNEY FOR ALEX CRUZ